## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ANGELIQUE MARIE EASTON,**

>  *Petitioner*,

**v.**                                    **Case No.: 4:24cv287-MW/MAL**

**UNITED DISTRICT OF THE**
**SOUTHEAST REGION,**

>  *Respondent.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's petition under 28 U.S.C. § 2241, ECF No. 2, is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on September 18, 2024.**

> **s/Mark E. Walker**
> **Chief United States District Judge**